UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD SINGLETON                                               CIVIL ACTION

VERSUS                                                                    NO.   15-6451

N. BURL CAIN                                                           SECTION "H"(4)

**O R D E R**

    The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Defendant's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court has reviewed the state court record in this matter and finds that the affidavits advanced by the Defendant do not support a finding of actual innocence.  The affidavit of Alonzo Ford contradicts the version of events advanced by Defendant at trial.   The affidavit of Michael Lott is likewise deficient.   Even if accepted as true, it does not lead to a conclusion of actual innocence. Therefore,

    **IT IS ORDERED** that Ronald Singleton's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

    New Orleans, Louisiana, this  1st  day of _____September_____, 2016.

_____
UNITED STATES DISTRICT JUDGE